**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                              PLAINTIFF

v.                                      No. 4:12CR00325-01 JLH

PERRY PARSONS                                                                                          DEFENDANT

## ORDER

The government has moved to dismiss the indictment as to defendant Perry Parsons. The motion is granted. Document #27. The indictment is hereby dismissed.

IT IS SO ORDERED this 26th day of January, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE